UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SCOTT GUTHRIE, individually & as the Representative of the Estate of CAROL BLACKWELL, Deceased <br><br> & <br><br> JASON GUTHRIE <br><br> *Plaintiffs* <br><br> v. <br><br> 3 WAY TRUCKING, INC. <br><br> *Defendants* | § § § § § § § § § § § § § § § § § § | Civil Action No.: 4:17-cv-00345 |

## ORDER OF DISMISSAL

Pending before the Court is the parties' Agreed Motion to Dismiss with Prejudice (Dkt. #51). Plaintiff SCOTT GUTHRIE, individually and as Representative of the Estate of Carol Blackwell, Deceased, and JASON GUTHRIE, by and through their attorney of record, announced to the Court that all claims of the Plaintiffs have been fully compromised and settled, and that they will not further prosecute the action herein. Accordingly, the parties' Agreed Motion to Dismiss with Prejudice (Dkt. #51) is **GRANTED**.

It is therefore **ORDERED** that all claims and causes of action of Plaintiff SCOTT GUTHRIE, individually and as Representative of the Estate of Carol Blackwell, Deceased, and JASON GUTHRIE be, and hereby are, dismissed in their entirety with prejudice against re-filing of any and all claims against Defendant 3 WAY TRUCKING, INC

It is further **ORDERED** that all taxable Court costs shall be paid by the respective parties incurring same for which the Clerk of the Court may have execution if not timely paid.

**SIGNED this 3rd day of January, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE